===========

MDL No. 19-0044

============

IN RE REPSOL AND EQUINOR ROYALTY LITIGATION

========================================================

ORDER OF THE MULTIDISTRICT LITIGATION PANEL

========================================================

**PER CURIAM**

Repsol Oil & Gas USA, LLC, et al. filed a Motion to Transfer on January 14, 2019. Respondents, Peggy Baker, et al., filed a Response to the Motion to Transfer and Movants replied. Having considered all of the pleadings on file, the panel concludes that the Motion should be denied.

Accordingly, the Motion to Transfer is denied. This denial is without prejudice to the filing of another Motion to Transfer in the event that additional related cases are filed. *See* TEX. R. JUD. ADMIN. 13.2(f).

CHAIR OF THE PANEL PRESIDING JUDGE KELLY G. MOORE, CHIEF JUSTICE JOSH R. MORRISS III, JUSTICE KEN WISE, AND PRESIDING JUDGES DAVID L. EVANS AND SID HARLE CONCUR.

**PER CURIAM ORDER**

**ORDER ISSUED**: May 6, 2019